Submitted August 8, judicial review dismissed as moot September 3, 2008

The CENTER FOR TRIBAL WATER ADVOCACY,
*Petitioner-Appellant,*

*v.*

BOARD OF COMMISSIONERS
OF WALLOWA COUNTY,
*Respondent-Respondent,*

*and*

K&B FAMILY LIMITED PARTNERSHIP,
*Intervenor.*

Wallowa County Circuit Court
051012626; A133904

192 P3d 854

Harold S. Shepherd filed the brief for appellant.

No appearance for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Riggs, Senior Judge.